UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-24005-PCH

**OSCAR HERRERA**,

    Plaintiff,

vs.

**CITY FURNITURE, INC.,**
**a Florida for-profit corporation**,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff OSCAR HERRERA and Defendant CITY FURNITURE, INC., through undersigned counsel, hereby give notice that they have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days from the date of filing this Notice to allow the parties to finalize their settlement agreement and to submit the dismissal documents dismissing this case with prejudice.

Dated: December 1, 2023.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 North Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351-7919 | Miami, FL 33126-2309 |
| Tel. (954) 362-3800 | Tel. (305) 266-9780 |
| (954) 362-3779 (Facsimile) | (305) 269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: duranandassociates@gmail.com |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**FISHER & PHILLIPS LLP**
Counsel for Defendant
201 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, FL  33301
(954) 525-4800
Email :  mbonner@fisherphillips.com

By ___*s/ Michael E. Bonner*_____
        Michael E. Bonner, Esq.
        Fla. Bar No. 111907